## UNITED STATES DISTRICT COURT
### DISTRICT OF MAINE

| | |
|---|---|
| **LILLIAN ABALO JOHN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| **v.** ) | **No.  2:16-cv-198-GZS** |
| ) | |
| **NOR EAST HOME HEALTH** ) | |
| **CARE, LLC,** ) | |
| ) | |
| **Defendant** ) | |

### ORDER AFFIRMING THE
### RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision

(ECF No. 3) filed June 10, 2016, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that Plaintiff's Complaint (ECF No. 1) is

**DISMISSED** under 28 U.S.C. §1915(e)(2)(B) for failure to state a claim upon which relief

can be granted.

　　　　　　　　　　　　　　　　　　　_/s/ George Z. Singal_____
　　　　　　　　　　　　　　　　　　　United States District Judge

Dated this 8th day of July, 2016.